# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-10-00300-CV
NO. 03-10-00301-CV

**Mark A. Stolzer, Appellant**

**v.**

**Hector Gonzalez, Appellee**

**FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NOS. C-1-CV-09-011561 & C-1-CV-10-001893
HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Mark A. Stolzer has filed an unopposed motion asking this Court to dismiss his appeal in accordance with the settlement agreement reached by the parties. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: August 26, 2010